IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:06-cv-02528-JPM-dkv |
| GILLEY CONSTRUCTION CO., INC., | ) ) ) | |
| Defendant. | ) | |

**ORDER**

Plaintiff Equal Employment Opportunity Commission has filed a Motion for a Second Extension of the Discovery Deadline.  For good cause shown, Plaintiff's motion is granted, and the discovery deadline is extended indefinitely for the sole purpose of taking the deposition of William Scrivner.

**SO ORDERED** this 14th day of May, 2007.

                             s/Diane K. Vescovo
                             **DIANE K. VESCOVO**
                             UNITED STATES MAGISTRATE JUDGE